UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN HUNT,

    Plaintiff,

v.

UNITED DEBT SETTLEMENT LLC,

    Defendant.
_____/

CASE NO. 1:23-cv-491

HON. ROBERT J. JONKER

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

This is a consumer dispute. On May 11, 2023, Plaintiff, Karen Hunt, commenced this action against Defendant, United Debt Settlement LLC ("UDS") asserting claims under the Credit Repair Organizations Act, 15 U.S.C. § 1679, *et seq*. ECF No. 1. UDS was served with the Summons and Complaint on June 15, 2023, via its registered agent.

Rule 6(a)(1)(A)(i) required UDS to file a response to the complaint by July 6, 2023, but UDS was unaware of the complaint's existence because its registered agent failed to notify UDS about the service and, therefore, no response was filed.

On July 7, 2023, Plaintiff's counsel notified UDS's attorney about the pending action so UDS would have an opportunity to appear and defend the action. UDS promptly secured counsel who entered an appearance on July 13, 2023, and filed UDS's Rule 7.1 Corporate Disclosure. ECF No. 5. Plaintiff also consented to UDS's request for a 21-day extension of time to file a response to her Complaint. The Parties intend to use this additional time to have further discussions about resolving the case.

To date, entry of default has neither been sought, nor entered, against UDS. Nor

has the Court scheduled a Rule 16 Conference.

In view of the foregoing, the Court finds good cause exists for UDS's failure to timely file a responsive pleading and **GRANTS** the Parties' proposed stipulation. UDS shall have until **August 3, 2023**, to file a response to the Complaint.

IT IS SO ORDERED

| | |
|---|---|
| Dated: July 13, 2023 | /s/ Robert J. Jonker<br>ROBERT J. JONKER<br>UNITED STATES DISTRICT JUDGE |

****

**IT IS SO STIPULATED TO AND AGREED TO BY THE PARTIES:**

Dated: July 13, 2023

| | |
|---|---|
| *s/ Taxiarchis Hatzidimitriadis*<br>Taxiarchis Hatzidimitriadis | *s/ Andrew T. Thomasson*<br>Andrew T. Thomasson |
| CONSUMER LAW PARTNERS LLC<br>333 N. Michigan Avenue, Suite 1300<br>Chicago, Illinois 60601<br>(267) 422-1000<br>teddy@consumerlawpartners.com | THOMASSON PLLC<br>350 Springfield Avenue, Suite 200<br>Summit, New Jersey 07901<br>(973) 665-2056<br>Andrew@Thomassonpllc.com |
| *Attorney for Plaintiff, Karen Hunt* | *Attorney for Defendant, United Debt Settlement LLC* |