UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN HUNT,

      Plaintiff,

v.

UNITED DEBT SETTLEMENT LLC,

      Defendant.
_____/

CASE NO. 1:23-cv-470

HON. ROBERT J. JONKER

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Karen Hunt, and Defendant, United Debt Settlement LLC, stipulate to and give notice of dismissal of this action in its entirety with prejudice, and without further costs or disbursements by or against any party.

**IT IS SO STIPULATED TO AND AGREED TO BY THE PARTIES** this 15th day of September 2023.

| | |
|---|---|
| *s/ Taxiarchis Hatzidimitriadis* | *s/ Andrew T. Thomasson* |
| Taxiarchis Hatzidimitriadis | Andrew T. Thomasson |
| CONSUMER LAW PARTNERS LLC | THOMASSON PLLC |
| 333 N. Michigan Avenue, Suite 1300 | 350 Springfield Avenue, Suite 200 |
| Chicago, Illinois 60601 | Summit, New Jersey 07901 |
| (267) 422-1000 | (973) 665-2056 |
| teddy@consumerlawpartners.com | Andrew@Thomassonpllc.com |
| *Attorney for Plaintiff, Karen Hunt* | *Attorney for Defendant, United Debt Settlement LLC* |